IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 5 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-MJ-528 |
| LACEY MICHELLE ADAMS   (01)<br>KELSI LEE LAMB   (02)<br>TAYLOR SCOTT SNOW   (03) | |

## CRIMINAL COMPLAINT

Conspiracy to Possess with Intent to Distribute a Controlled Substance

(Violation of 21 U.S.C. § 846)

Beginning in or before July 2020, and continuing until in and around April 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Lacey Michelle Adams, Kelsi Lee Lamb,** and **Taylor Scott Snow,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

I.   INTRODUCTION

1.   I have been a Special Agent of the DEA for approximately 22 years. I received basic investigative instruction at the DEA Academy located in Quantico, Virginia, and additional continuing instruction regarding investigative techniques.

I am currently assigned to the Fort Worth District Office (FWDO) of the DEA, Dallas Field Division, working with Investigators and Officers from multiple local law enforcement agencies.

2. I have participated as a law enforcement officer in several investigations of unlawful narcotics distribution and have conducted wiretap investigations, physical and electronic surveillances, undercover transactions, the execution of search and arrest warrants, debriefings of informants, and review of taped conversations and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored and distributed, and the methods of payments for such drugs. I am also familiar with some of the methods by which narcotics traffickers communicate and code words commonly used by narcotics traffickers.

II. SUMMARY OF PROBABLE CAUSE THAT A VIOLATION OF 21 U.S.C. § 846 HAS OCCURRED

3. On July 31, 2020, officers of the Brownwood Police Department and the Early Police Department executed a State of Texas search warrant at the Royal Inn, room #45. During the search of the room, Officer located approximately 17 grams of methamphetamine. Following the search of the room, Officers arrested **Kelsi Lee Lamb** and **Taylor Scott Snow** in possession of 17 grams of methamphetamine. During a subsequent custodial interview, **Kelsi Lee Lamb** stated Nathan Jack Carr recruited her to distribute methamphetamine.

**Kelsi Lee Lamb** detailed traveling to Euless, Texas with **Taylor Scott Snow,** to obtain two ounces of methamphetamine from Nathan Jack Carr's girlfriend, subsequently identified as **Lacey Michelle Adams**. **Kelsi Lee Lamb** also told Agents/Officers that **Lacey Michelle Adams** instructed **Kelsi Lee Lamb** and **Taylor Scott Snow** to provide approximately a quarter ounce (7 grams) quantity of the methamphetamine to two customers in Glen Rose, Texas. **Kelsi Lee Lamb** then confirmed delivering the two (2), quarter ounce quantities (7 grams) to the two customers in the Glen Rose area, as directed by **Lacey Michelle Adams**. **Kelsi Lee Lamb** then admitted to delivering a half ounce (14 grams) of the methamphetamine to a customer in the Brownwood area. Through review of **Kelsi Lee Lamb's** cell phone, Agents/Officers identified the phone number of a contraband cell phone utilized by Nathan Jack Carr, to coordinate his drug transactions. Agents/Officers also confirmed that Nathan Jack Carr was in fact incarcerated in the Texas Department of Criminal Justice system (TDCJ) while coordinating drug transactions. Additionally, through a review of **Kelsi Lee Lamb's** cell phone, Agents/Officers identified the phone number being utilized by **Lacey Michelle Adams** to coordinate her drug transactions.

*[Continued on next page]*

III.   CONCLUSION

6.   Based on the foregoing, the complainant believes that probable cause exists that **Lacey Michelle Adams, Kelsi Lee Lamb, Taylor Scott Snow.** along with others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), namely to distribute and to possess with intent to distribute more than 50 grams of methamphetamine, in violation of 21 U.S.C. § 846.

Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me on this __5TH__ day of August 2021 at __10:00__ am/pm, in Fort Worth, Texas.

HAL R. RAY, JR.
United States Magistrate Judge